IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS,
    Petitioner,

vs.                                 Case No. 3:10cv240/LAC/EMT

EDWIN G. BUSS,
    Respondent.
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 20, 2011 (Doc. 42).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the objections filed.

      Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.    Respondent's motion to dismiss (Doc. 37) is **GRANTED** on the ground that the amended petition fails to properly present grounds demonstrating a basis for habeas relief.

      3.    The amended petition for writ of habeas corpus (Doc. 10) is **DISMISSED without prejudice** to Petitioner's filing a second amended petition.

      4.    This matter is referred to the assigned magistrate judge for issuance of an order directing Petitioner to file a second amended petition.

      5.    Petitioner is instructed not to file a second amended petition until directed to do so

by the assigned magistrate judge.

**DONE AND ORDERED** this 1st day of June, 2011.

s/*L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**