IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS,
    Petitioner,

vs.                                        Case No. 3:10cv240/LAC/EMT

KENNETH S. TUCKER,
    Respondent.
_____/

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 16, 2012 (doc. 73).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of objections filed.

       Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.     The second amended petition for writ of habeas corpus (doc. 47) is **DENIED**.

       3.     Petitioner's "Motion for Evidentiary Hearing w/ Motion for Judgment [sic] on Pleadings" (doc. 71) is **DENIED**.

  4. The Motion for Certificate of Appealability (doc. 76) is **DENIED** and a certificate of appealability is **DENIED**.

  **DONE AND ORDERED** this 17th day of May, 2012.

            *s/L.A. Collier*
            **LACEY A. COLLIER**
            **SENIOR UNITED STATES DISTRICT JUDGE**